**Order entered November 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-00869-CR

---

### JOSE INEZ MARTINEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F13-00328-Y**

---

## ORDER

The Court **REINSTATES** the appeal.

On October 29, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and entitled to proceed without payment for the record; (3) court-appointed counsel timely requested preparation of the record; and (4) court reporter's Sharon Hazlewood's explanation for the delay in filing the record is her workload. Because the record is already two months overdue, we **DO NOT ADOPT** the finding that Ms. Hazlewood requires an additional sixty days to file the record.

We **ORDER** Sharon Hazlewood, official court reporter of the Criminal District Court No. 7, to file the reporter's record by **DECEMBER 31, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sharon Hazlewood, official court reporter, Criminal District Court No. 7, and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE